1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MITCHEL R. CALLEY,<br><br>              Plaintiff,<br><br>      v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>              Defendant. | CASE NO. 3:14-cv-05772 JRC<br><br>ORDER ON UNOPPOSED MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES AND EXPENSES |

    This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13 (*see also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, Dkt. 5; Consent to Proceed Before a United States Magistrate Judge, Dkt. 7). This matter is before the Court on plaintiff's Motion for Equal Access to Justice Act Fees and Expenses (*see* Dkt. 20).  Defendant has no objection to plaintiff's motion (*see* Dkt. 21).

    Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), the attorney Declaration and time and expense itemizations (Dkt. 20, Attachments 2, 3), and the relevant record, and with no opposition from defendant, it is hereby ORDERED that EAJA attorney's

1 | fees of $ 4,510.51 and expenses in the amount of $28.88, shall be awarded to plaintiff pursuant
2 | to the EAJA and consistent with *Astrue v. Ratliff*, 130 S.Ct. 2521, 2524, 2010 U.S. LEXIS 4763
3 | at ***6-***7 (2010).
4 | The Acting Commissioner agrees to contact the Department of Treasury after the Order
5 | for EAJA fees and expenses is entered to determine if the EAJA fees and expenses are subject to
6 | any offset.  If it is determined that plaintiff's EAJA fees are not subject to any offset allowed
7 | pursuant to the Department of the Treasury's Offset Program, then the check for EAJA fees shall
8 | be paid directly to Eitan Kassel Yanich, Esq., either by direct deposit or by check payable to him,
9 | based on plaintiff's assignment of these amounts to plaintiff's attorney (*see* Plaintiff's
10 | Declaration Regarding Net Worth and Payment of EAJA Fees, Dkt. 19).  If there is an offset, the
11 | remainder shall be made payable to plaintiff, based on the practice of the Department of the
12 | Treasury (*see*, *e.g.,* Case No. 2:15-cv-122, Dkt. 22, p. 4). Any check for EAJA fees shall be
13 | mailed to plaintiff's counsel, Eitan Kassel Yanich, Esq., at Law Offices of Eitan Kassel Yanich,
14 | PLLC, 203 Fourth Avenue E., Suite 321, Olympia, WA 98501.
15 | Dated this 28th day of October, 2015.

J. Richard Creatura
United States Magistrate Judge